# EXHIBIT 4

Filing Number: 800531814

7D5238 2.000
TX2018   05-102
Ver. 9.0  (Rev.9-15/33)

## Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■Tcode  13196

■Taxpayer number: 260129478

■Report year: 2018

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: INDEED, INC.

☐ Blacken box if the mailing address has changed.

Mailing address: 177 BROAD STREET - 4TH FLOOR
City: STAMFORD   State: CT   ZIP code plus 4: 06901

Secretary of State (SOS) file number or Comptroller file number:

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 177 BROAD STREET - 4TH FLOOR STAMFORD CT 06901
Principal place of business: 177 BROAD STREET - 4TH FLOOR STAMFORD CT 06901

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

0260129478018

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| RONY KAHAN | CHAIRMAN | ☒ YES | |
| Mailing address: 177 BROAD STREET 4TH FLOOR | City: STAMFORD | State: CT | ZIP Code: 06901 |
| LOWELL BRICKMAN | GENL COUNSEL | ☐ YES | |
| Mailing address: 177 BROAD STREET - 4TH FLOOR | City: STAMFORD | State: CT | ZIP Code: 06901 |
| DAVID O'NEILL | CFO | ☐ YES | |
| Mailing address: 177 BROAD STREET - 4TH FLOOR | City: STAMFORD | State: CT | ZIP Code: 06901 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| PREHIRE, INC. | DE | | 100.000 |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| RGF OHR USA, INC. | DE | | 100.000 |

Registered agent and registered office currently on file (see instructions if you need to make changes)
You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

Agent: NATIONAL REGISTERED AGENTS INC.
Office: 1021 MAIN STREET, SUITE 1150   City: HOUSTON   State: TX   ZIP Code: 77002

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ [signature]
Title: CFO
Date: 11/13/18
Area code and phone number: (203) 487-1579

Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7001

7D5236 2.000
TX2018  05-102
Ver. 9.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■Tcode 13196

| ■Taxpayer number | ■Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 260129478 | 2018 | |

| Taxpayer name | INDEED, INC. | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|---|
| Mailing address | 177 BROAD STREET - 4TH FLOOR | Secretary of State (SOS) file number or Comptroller file number |
| City STAMFORD | State CT  ZIP code plus 4  06901 | |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

0260129478018

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration mm dd yy |
|---|---|---|---|
| HISAYUKI IDEKOBA | CEO | ☒ YES | |
| Mailing address 177 BROAD STREET - 4TH FLOOR | City STAMFORD | State CT | ZIP Code 06901 |
| DOUG GRAY | SRVP | ☐ YES | |
| Mailing address 177 BROAD STREET - 4TH FLOOR | City STAMFORD | State CT | ZIP Code 06901 |
| PAUL WOLFE | SRVP | ☐ YES | |
| Mailing address 177 BROAD STREET - 4TH FLOOR | City STAMFORD | State CT | ZIP Code 06901 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent:

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ► | Title  COO | Date 11/13/18 | Area code and phone number |
|---|---|---|---|

Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7001

7D5236 2.000
TX2018   05-102
Ver. 9.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode  13196

■ Taxpayer number: 260129478

■ Report year: 2018

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: INDEED, INC.

☐ Blacken box if the mailing address has changed.

Mailing address: 177 BROAD STREET - 4TH FLOOR
City: STAMFORD   State: CT   ZIP code plus 4: 06901

Secretary of State (SOS) file number or Comptroller file number:

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!**   This report must be signed to satisfy franchise tax requirements.

0260129478018

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | mm dd yy |
|---|---|---|---|---|
| ANDREW HUDSON | OTHER | ☐ YES | | |
| Mailing address: 177 BROAD STREET - 4TH FLOOR | City: STAMFORD | | State: CT | ZIP Code: 06901 |
| RAJATISH MUKHERJEE | SRVP | ☐ YES | | |
| Mailing address: 177 BROAD STREET - 4TH FLOOR | City: STAMFORD | | State: CT | ZIP Code: 06901 |
| HIROAKI OGATA | SRVP | ☐ YES | | |
| Mailing address: 177 BROAD STREET - 4TH FLOOR | City: STAMFORD | | State: CT | ZIP Code: 06901 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

Agent:
Office:   City:   State:   ZIP Code:

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶   Title: COO   Date: 11/13/18   Area code and phone number:

Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7001

7D6238 2.000
TX2018  05-102
Ver. 9.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■Tcode 13196

**Taxpayer number:** 260129478
**Report year:** 2018

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name:** INDEED, INC.

☐ Blacken box if the mailing address has changed.

**Mailing address:** 177 BROAD STREET – 4TH FLOOR
**City:** STAMFORD   **State:** CT   **ZIP code plus 4:** 06901

**Secretary of State (SOS) file number or Comptroller file number:**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

0260129478018

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| TAKASHI NISHIMURA | DIRECTOR | ☒ YES | |
| Mailing address: 177 BROAD STREET – 4TH FLOOR | City: STAMFORD | State: CT | ZIP Code: 06901 |
| MICHELE WATSON | SRVP | ☐ YES | |
| Mailing address: 177 BROAD STREET – 4TH FLOOR | City: STAMFORD | State: CT | ZIP Code: 06901 |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

Agent:
Office:   City:   State:   ZIP Code:

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ [signature]
**Title:** COO
**Date:** 11/13/18
**Area code and phone number:**

Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7001