RECEIVED

MAY 1 6 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

**Steven J. Moser**
Tel: 516-671-1150
steven.moser@moserlawfirm.com

MOSER LAW FIRM, PC 

May 13, 2022

VIA FEDERAL EXPRESS

United States District Court Clerk's Office
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, TX 78701

      Re:    *Hess v. Bed, Bath & Beyond, Inc.*, 21-cv-4099(AT)(RWL)
              Our File No.19-00033
              Motion to Compel Indeed to Respond to
              <u>Subpoena in the Western District of Texas</u>

Dear Clerk of the Court:

    Annexed please find Plaintiff's Motion to Compel Compliance with a Subpoena to Produce Documents. The primary action is pending in the Southern District of New York. The place of compliance is the Western District of Texas, Austin Division.

    We have also enclosed a check representing the filing fee for the motion.

                                  Respectfully submitted,

                                  Steven J. Moser

Encl.