UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONALD HESS and ELIZABETH PADILLA, individually and on behalf of all others similarly situated, | § § § § | No. 1:22-mc-00480-RP |
| Plaintiffs, | § § | |
| V. | § § | Underlying Litigation: Case No. 1:21-cv-04099-AT-RWL |
| BED BATH & BEYOND, INC. | § § | United States District Court Southern District of New York |
| Defendant. | § | |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Indeed, Inc.

Date: May 24, 2022                                   Respectfully submitted,


                                                    */s/ Ariel Henderson*
                                                    Ariel Henderson
                                                    SBN: 24074392
                                                    Indeed, Inc.
                                                    6433 Champion Grandview Way
                                                    Austin, TX 78750
                                                    Telephone: (512) 459-5300
                                                    Email: ahenderson@indeed.com

                                                    **ATTORNEY FOR INDEED, INC.**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record. To the extent any such counsel is not registered for such electronic delivery, the foregoing document will be served on the following attorneys in accordance with the Federal Rules of Civil Procedure.

Steven John Moser
MOSER LAW FIRM, PC
5 East Main Street
Huntington, NY 11743
steven.moser@moserlawfirm.com
*Attorney for Plaintiffs*

Jeffrey Howard Ruzal
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, NY 10022
*Attorney for Defendant*

                                       */s/ Ariel Henderson*
                                       Ariel Henderson