UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONALD HESS and ELIZABETH PADILLA, individually and on behalf of all others similarly situated, | § § § § | No. 1:22-mc-00480-RP |
| Plaintiffs, | § | |
| V. | § § | Underlying Litigation: Case No. 1:21-cv-04099-AT-RWL |
| BED BATH & BEYOND, INC. | § § | United States District Court Southern District of New York |
| Defendant. | § | |

**(PROPOSED) ORDER GRANTING INDEED, INC.'S
<u>UNOPPOSED MOTION TO EXTEND TIME</u>**

This matter came before the Court on Indeed, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion to Compel. Having considered the motion and good cause being shown, the Court finds that the motion should be granted.

It is therefore ORDERED that Indeed, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion to Compel is GRANTED.

It is further ORDERED that Indeed, Inc.'s deadline to respond to Plaintiffs' Motion to Compel Compliance with a Subpoena to Produce Documents (Dkt. No. 1) is extended up to and including June 7, 2022.

Date: _____    _____
JUDGE ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE